IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01782-EWN-PAC

VALERIE MARTINEZ,

    Plaintiff,

v.

PROFESSIONAL RECOVERY SYSTEMS, LLC, a Colorado limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated this 9th of November, 2005

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              UNITED STATES DISTRICT JUDGE